IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $40,850.00 U.S. CURRENCY SEIZED ON SEPTEMBER 18, 2018, BY HOMELAND SECURITY INVESTIGATIONS, | ) ) ) ) | |
| Defendant. | ) | **COMPLAINT IN FORFEITURE** |

NOW COMES plaintiff, the United States of America, by Justin E. Herdman, United States Attorney for the Northern District of Ohio, and James L. Morford, Assistant U.S. Attorney, and files this Complaint in Forfeiture, respectfully alleging as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

## JURISDICTION AND INTRODUCTION

1. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. Section 1345, and over an action for forfeiture under 28 U.S.C. Section 1355(a). This Court also has jurisdiction over this particular action under 21 U.S.C. Section 881(a)(6).

2. This Court has *in rem* jurisdiction over the defendant currency: (i) pursuant to 28 U.S.C. Section 1355(b)(1)(A) because acts giving rise to the forfeiture occurred in this district; and, (ii) pursuant to 28 U.S.C. Section 1355(b)(1)(B), incorporating 28 U.S.C. Section 1395,

because the action accrued in this district. This Court will have control over the defendant currency through service of an arrest warrant *in rem*, which U.S. Customs and Border Protection will execute upon the defendant currency. *See*, Supplemental Rules G(3)(b) and G(3)(c).

3. Venue is proper in this district: (i) pursuant to 28 U.S.C. Section 1355(b)(1)(A) because acts giving rise to the forfeiture occurred in this district; and, (ii) pursuant to 28 U.S.C. Section 1395 because the action accrued in this district.

4. On September 18, 2018, the defendant $40,850.00 U.S. Currency was seized from Angel Navarro at the Cleveland Hopkins International Airport. The seizure was made pursuant to a Homeland Security Investigations (HSI) / Cleveland Police Department (CPD) investigation. The defendant currency is now in the custody of the federal government.

5. Subsequent to the seizure, U.S. Customs and Border Protection (CBP) commenced an administrative forfeiture proceeding against the defendant currency. A claim to the defendant currency was submitted by Angel Navarro in the administrative forfeiture proceeding, thereby requiring the filing of this judicial forfeiture action.

6. The defendant $40,850.00 U.S. Currency is subject to forfeiture to the United States under 21 U.S.C. Section 881(a)(6) in that it constitutes proceeds from illegal drug trafficking activities, and/or was used - or was intended to be used - in exchange for illegal controlled substances, and/or was used - or was intended to be used - to facilitate illegal drug trafficking activities.

**FORFEITURE**

7. On September 18, 2018, at approximately 1:30 p.m., Angel Navarro checked-in at the Cleveland Hopkins International Airport for his United Airlines flight with a final destination

2

of Medford, Oregon. He then presented himself to the Transportation Security Administration (TSA) at Gate C for administrative screening.

8. During the TSA administrative screening, a computer laptop bag belonging to Navarro alerted for unidentified bulk masses. TSA protocol required TSA officers to examine the bag to identify the nature of the bulk masses. During the administrative examination, TSA officers discovered bulk U.S. currency – later determined to be approximately $15,000.00 to $20,000.00 - inside the bag.

9. Following the discovery of the bulk U.S. currency, TSA officers notified the CPD. CPD officers observed the bulk U.S. currency and, in turn, notified HSI.

10. An HSI Cleveland Task Force Officer and a CPD Sergeant associated with HSI approached Navarro, and the CPD Sergeant identified himself as a law enforcement officer through the display of official credentials. Navarro was advised that he was not under arrest and was free to leave at any time. The CPD Sergeant requested that Navarro voluntarily accompany them to the HSI office. Navarro complied with this request.

11. At the HSI office, Navarro stated that he had brought the currency with him from Oregon, where he lived, to Ohio to purchase a Boston Whaler boat that was advertised on Craigslist by "Fred".

12. Navarro was unable to provide any details concerning why the deal had not been consummated even though he was returning home. Navarro did not know either "Fred's" last name or his telephone number.

13. Navarro stated that he frequently travels to the Central American country of Belize, and planned to take the boat to Belize. To explain why he would buy a boat in Cleveland

3

when he planned to take it to Belize, Navarro stated that he would have shipped it (the boat) by truck to Florida and, from there, taken it to Belize.

14. During the interview, the CPD Sergeant went to the Craigslist website. No Boston Whaler boat within the parameters stated by Navarro was available on the website for sale in Cleveland.

15. The officers observed the U.S. currency in the computer laptop bag. It was rubber-banded and bundled together. Currency packaged in this manner is consistent with illegal drug activity.

16. As alleged in paragraphs 7 and 11, above, Navarro lives in Oregon and the final destination of his flight on September 18, 2018, was Medford, Oregon. The state of Oregon is a known origination area for controlled substances (namely, marijuana) with the Northern Ohio area being a common destination point.

17. Handwritten documents relating to illegal drug activity – frequently referred to as "drug ledgers" or "pay-owe sheets" – were recovered from the computer laptop bag. The documents contained names, telephone numbers, receipts, calculations, and known names of strains of marijuana. *Inter alia*, the recovered documents contained the following particular information:

    a.) (Drug customer) "J" ordered 18 pounds of "cheese", 30 pounds of "purgatory", and 26 pounds of "hammer" at $1,000.00 per each pound. "Cheese", "purgatory", and "hammer" are known names for strains of marijuana.

    b.) (Drug customer) "J" further ordered 15 pounds of "cookies" at $900.00 per each pound. "Cookies" is a known name for a strain of marijuana.

    c.) (Drug customer) "S" ordered 16 pounds of "kaboom", 6 pounds of "purgatory", 4 pounds of "berry cough", and 2 pounds of "hammer" at $700.00 per each pound. "Kaboom" and "berry cough" are known names for strains of marijuana. As alleged above, "purgatory" and "hammer" also are known names for strains of marijuana.

d.) (Drug customer) "MB" made payments of $23,000.00 and $20,000.00 toward his/her debt. The balance owed by "MB" as of September 15th was $39,800.00. Previously, the balance owed was as much as $65,500.00.

e.) A ledger (tally) sheet showed, *inter alia*, a drug debt of $192,350.00 involving, *inter alia*, the marijuana strains "cookie", "fire", and "WX".

f.) A ledger sheet showed an order for marijuana and a balance of $75,500.00 owed. Payments of $20,000.00 and $10,000.00 had been made.

g.) A ledger sheet showed a $57,000.00 debt reduced by payments of $36,500.00 to an amount owed of $20,500.00.

h.) A ledger sheet showed tallies for marijuana grown outdoors and marijuana grown indoors.

i.) A ledger sheet showed the debt owed by (drug customers) "Pat & Don".

18. The CPD Sergeant questioned Navarro about the ledger sheets. While denying that it had anything to do with why he was in Cleveland, Navarro admitted that he is in the marijuana business.

19. A narcotics detection dog (Finnegan) gave a positive alert on the U.S. currency found in Navarro's computer laptop bag. According to the dog's handler, this positive alert means that Finnegan detected the odor of an illegal drug emanating from the currency. Finnegan is trained and certified through the state of Ohio in the detection of narcotic odors.

20. Based upon the foregoing, HSI seized the U.S. currency found in Navarro's computer laptop bag as illegal narcotics proceeds.

21. Navarro departed the HSI office. As the currency had not yet been counted, Navarro was given a generic receipt for the seized currency.

22. Within approximately one hour, Navarro reappeared at the Cleveland Hopkins International Airport – this time, proceeding through security checkpoint "A". Administrative

screening alerted TSA personnel to unidentified bulk masses inside Navarro's carry-on (roller) bag.

23. Again, in accordance with TSA protocol, TSA officers examined the bag to identify the nature of the bulk masses. During the administrative examination, TSA officers found a large quantity of U.S. currency inside the bag.

24. TSA officers then notified the CPD officer stationed at the checkpoint, who happened to be an officer involved in the earlier seizure. The CPD officer asked Navarro if he had earlier been stopped and had currency seized. Navarro denied having previously been encountered or having money seized by HSI.

25. The CPD officer observed the U.S. currency and the officers who handled the earlier seizure – namely, the HSI Cleveland Task Force Officer and the CPD Sergeant associated with HSI - were notified.

26. Navarro voluntarily agreed to accompany the officers to the HSI office. Again, Navarro was advised that he was not under arrest and was free to leave at any point.

27. Inside the HSI office, a large quantity of U.S. currency – that was rubber-banded and bundled together – was observed inside the carry-on bag. Again, a narcotics detection dog gave a positive alert to the currency for the odor of narcotics.

28. The U.S. currency found inside Navarro's carry-on bag was seized as illegal narcotics proceeds. The total amount of U.S. currency seized from both encounters was $40,850.00. This $40,850.00 is the defendant currency in the instant case.

29. The breakdown of the defendant $40,850.00 is as follows: 122 ($100) bills, 16 ($50) bills, 1,392 ($20) bills, and 1 ($10) bill.

30. $20 bills frequently are used to conduct illegal drug transactions.

31. In addition to the defendant currency, three cellphones in Navarro's possession were recovered and inventoried as evidence. Two of the cellphones are flip phones and the third cellphone is a smart phone. Search warrants were issued for the cellphones and, to date, approximately six photographs of marijuana products have been found on one of the cellphones.

## CONCLUSION

32. By reason of the foregoing, the defendant $40,850.00 U.S. Currency is subject to forfeiture to the United States under 21 U.S.C. § 881(a)(6) in that it constitutes proceeds from illegal drug trafficking activities, and/or was used - or was intended to be used - in exchange for illegal controlled substances, and/or was used - or was intended to be used - to facilitate illegal drug trafficking activities.

WHEREFORE, plaintiff, the United States of America, requests that this Court enter judgment condemning the defendant currency and forfeiting it to the United States, and providing that the defendant currency be delivered into the custody of the United States for disposition according to law, and for such other relief as this Court may deem proper.

Respectfully submitted,

Justin E. Herdman
U.S. Attorney, Northern District of Ohio

By: _____
James L. Morford (Ohio: 0005657)
Assistant United States Attorney, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
216.622.3743 / Fax: 216.522.7499
James.Morford@usdoj.gov

## VERIFICATION

STATE OF OHIO )
) SS.
COUNTY OF CUYAHOGA )

I, James L. Morford, under penalty of perjury, depose and say that I am an Assistant United States Attorney for the Northern District of Ohio, and the attorney for the plaintiff in the within entitled action. The foregoing Complaint in Forfeiture is based upon information officially provided to me and, to my knowledge and belief, is true and correct.

James L. Morford (Ohio: 0005657)
Assistant United States Attorney, N.D. Ohio

Sworn to and subscribed in my presence this 23rd day of January, 2019.

Notary Public

Anna J. Dudas
Notary Public, State of Ohio
My Commission Expires 12-5-2019

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
$40,850.00 U.S. Currency seized on September 18, 2018, by Homeland Security Investigations

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Cuyahoga County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
James L. Morford, Assistant U.S. Attorney - 400 U.S. Court House, 801 West Superior Avenue, Cleveland, Ohio 44113 - 216.622.3743

Attorneys *(If Known)*
Peter S. Herrick, Esq., 301 East Ocean Blvd., Suite 525, Long Beach, California 90802 - cellphone: 786.877.6317

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [X] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| | | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | [ ] 385 Property Damage Product Liability | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| | | | | [ ] 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
civil forfeiture action under 21 U.S.C. Section 881(a)(6).

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 01/25/2019
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**I.** Civil Categories: (Please check <u>one category only</u>).

1. ☑ General Civil
2. ☐ Administrative Review/Social Security
3. ☐ Habeas Corpus Death Penalty

*If under Title 28, §2255, name the SENTENCING JUDGE: _____

CASE NUMBER: _____

**II.** **RELATED OR REFILED CASES.** See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regard for the place of holding court in which the case was refiled. Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

This action is ☐ **RELATED** to another **PENDING** civil case. This action is ☐ **REFILED** pursuant to **LR 3.1**.

**If applicable, please indicate on page 1 in section VIII, the name of the Judge and case number.**

**III.** In accordance with Local Civil Rule **3.8**, actions involving counties in the Eastern Division shall be filed at any of the divisional offices therein. Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER. UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

(1) **Resident defendant.** If the defendant resides in a county within this district, please set forth the name of such county
**COUNTY:**
<u>Corporation</u> For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.

(2) **Non-Resident defendant.** If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.
**COUNTY:** Cuyahoga County

(3) **Other Cases.** If no defendant is a resident of this district, or if the defendant is a corporation not having a principle place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.
**COUNTY:**

**IV.** The Counties in the Northern District of Ohio are divided into divisions as shown below. After the county is determined in Section III, please check the appropriate division.

**EASTERN DIVISION**

☐ AKRON (Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)
☑ CLEVELAND (Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake, Lorain, Medina and Richland)
☐ YOUNGSTOWN (Counties: Columbiana, Mahoning and Trumbull)

**WESTERN DIVISION**

☐ TOLEDO (Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca VanWert, Williams, Wood and Wyandot)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $40,850.00 U.S. CURRENCY SEIZED ON SEPTEMBER 18, 2018, BY HOMELAND SECURITY INVESTIGATIONS, | ) ) ) ) | |
| Defendant. | ) | **PRAECIPE** |

The United States of America respectfully requests that the Clerk of this Court issue the attached Warrant of Arrest *in Rem* to U.S. Customs and Border Protection (CBP) pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Respectfully submitted,

Justin E. Herdman
U.S. Attorney, Northern District of Ohio

By: _____
James L. Morford (Ohio: 0005657)
Assistant United States Attorney, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
216.622.3743 / Fax: 216.522.7499
James.Morford@usdoj.gov

# United States District Court

## NORTHERN DISTRICT OF OHIO

WARRANT OF
ARREST *IN REM*

TO: U.S. CUSTOMS AND BORDER PROTECTION AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, on __January 25, 2019__ a __Complaint in Forfeiture__ was filed in this Court by Justin E. Herdman, United States Attorney for this District, on behalf of the United States, against:

$40,850.00 U.S. Currency Seized on September 18, 2018, by Homeland Security Investigations

(CATS Asset ID No.: 18-CBP-000459)

and WHEREAS, the defendant currency is currently in the possession, custody, or control of the United States; and,

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions directs the Clerk of the Court to issue a Warrant of Arrest *In Rem* for the arrest of the defendant currency; and,

WHEREAS, Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions provides that the Warrant of Arrest *In Rem* must be delivered to a person or organization authorized to execute it;

YOU ARE COMMANDED to arrest the defendant currency by serving a copy of this warrant on the custodian in whose possession, custody, or control the currency is presently found, and to use whatever means may be appropriate to protect and maintain its custody until further order of this Court.

YOU ARE FURTHER COMMANDED to file the same in this Court with your return thereon.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| DATE<br>January 25, 2019 | |
| CLERK<br><br>(BY) DEPUTY CLERK | |

Returnable __-60-__ days after issue.

CBP

| DISTRICT | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| PRINTED NAME | SIGNATURE | |



# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>United States of America | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>$40,850.00 U.S. Currency | TYPE OF PROCESS<br>Warrant of Arrest in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
$40,850.00 U.S. Currency Seized on September 18, 2018, by Homeland Security Investigations

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| James L. Morford, Assistant United States Attorney<br>Office of the United States Attorney<br>400 United States Courthouse<br>Cleveland, Ohio 44113 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)
CATS ID# 18-CBP-000459

| Signature of Attorney or other Originator requesting service on behalf of | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NO.<br>216-622-3743 | DATE<br>01/25/2019 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No._____ | District to Serve No._____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | ☐ A person of suitable age and discretion then residing In the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | ☐ AM<br>☐ PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

REMARKS:

TD F 90-22.48  (6/96)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $40,850.00 U.S. CURRENCY SEIZED ON SEPTEMBER 18, 2018, BY HOMELAND SECURITY INVESTIGATIONS, | ) ) ) ) | |
| Defendant. | ) | **NOTICE OF FORFEITURE** |

To:  Angel Navarro
      c/o Peter S. Herrick, Esq. - Attorney for Angel Navarro
      301 East Ocean Blvd.
      Suite 525
      Long Beach, California  90802

The above-captioned forfeiture action was filed in U.S. District Court on January 25, 2019. A copy of the Complaint in Forfeiture is attached. If you (Angel Navarro) claim an interest in the defendant currency, the following applies.

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, you are required to file with the Court, and serve upon James L. Morford, plaintiff's attorney, whose address is United States Attorney's Office, 400 United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113, a verified claim to the defendant currency within 35 days after your receipt of the complaint. The claim shall contain the information required by Supplemental Rule G(5). Additionally, you must file and serve an

answer to the complaint, or a motion under Rule 12 of the Federal Rules of Civil Procedure, within 20 days after the filing of the claim, exclusive of the date of filing. If you fail to do so, judgment will be taken for the relief demanded in the complaint.

        Respectfully,

        Justin E. Herdman
        U.S. Attorney, Northern District of Ohio

By: _____
        James L. Morford (Ohio: 0005657)
        Assistant United States Attorney, N.D. Ohio
        Carl B. Stokes U.S. Court House
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio 44113
        216.622.3743 / Fax: 216.522.7499
        James.Morford@usdoj.gov

Date: January 25, 2019

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $40,850.00 U.S. CURRENCY SEIZED ON SEPTEMBER 18, 2018, BY HOMELAND SECURITY INVESTIGATIONS, | ) ) ) ) | |
| Defendant. | ) | **NOTICE OF FORFEITURE** |

To: Angel Navarro
c/o Peter S. Herrick, Esq. - Attorney for Angel Navarro
4324 Bayshore Blvd. NE
St. Petersburg, Florida 33703

The above-captioned forfeiture action was filed in U.S. District Court on January 25, 2019. A copy of the Complaint in Forfeiture is attached. If you (Angel Navarro) claim an interest in the defendant currency, the following applies.

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, you are required to file with the Court, and serve upon James L. Morford, plaintiff's attorney, whose address is United States Attorney's Office, 400 United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113, a verified claim to the defendant currency within 35 days after your receipt of the complaint. The claim shall contain the information required by Supplemental Rule G(5). Additionally, you must file and serve an

answer to the complaint, or a motion under Rule 12 of the Federal Rules of Civil Procedure, within 20 days after the filing of the claim, exclusive of the date of filing. If you fail to do so, judgment will be taken for the relief demanded in the complaint.

          Respectfully,

          Justin E. Herdman
          U.S. Attorney, Northern District of Ohio

By: _____
     James L. Morford (Ohio: 0005657)
     Assistant United States Attorney, N.D. Ohio
     Carl B. Stokes U.S. Court House
     801 West Superior Avenue, Suite 400
     Cleveland, Ohio 44113
     216.622.3743 / Fax: 216.522.7499
     James.Morford@usdoj.gov

Date: January 25, 2019